FILED
JULY 2, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )   Case No. MAG. 07-0210-KJM
        Plaintiff,        )
v.                        )   ORDER FOR RELEASE OF
                          )   PERSON IN CUSTODY
REBECA SALSEDO,           )
                          )
        Defendant.        )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release REBECA SALSEDO, Case No. MAG. 07-0210-KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $150,000.00.

  _X_ Appearance Bond with Surety

  ___ Unsecured Appearance Bond

  _X_ (Other) Conditions as stated on the record

  _X_ (Other) Secured bond paperwork to be filed with the Court within one (1) week from the date of this order.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on July 2, 2007 at 3:30pm

By _____
   Edmund F. Brennan
   United States Magistrate Judge