```
McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>             Plaintiff, )<br>)<br>     v.                        )<br>)<br>ERNESTO SALSEDO, and     )<br>REBECCA SALSEDO,         )<br>)<br>             Defendants.  )<br>_____) | Case No. CR-S-07-0303 GEB<br><br>STIPULATION AND PROPOSED ORDER CONTINUING THE STATUS CONFERENCE AND EXCLUDING TIME AS TO DEFENDANT ERNESTO SALSEDO |

    Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Ernesto SALSEDO, by and through his counsel, J. Tony Serra, Esq., stipulate and agree that the currently-set status conference on January 11, 2008, should be continued to February 8, 2008, at 9:00 a.m.  The parties further stipulate that the time period from January 11, 2008, up to and including the new status conference date of February 8, 2008, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act, based upon the need for defense counsel to continue discussions with the government regarding resolution of the case.

/ / /

For these reasons, the defendant, defense counsel, and the government agree additional time is required for the defense to effectively evaluate the posture of the case and prepare for trial in this case and, in addition, in the interests of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: January 10, 2008        By:  /s/Jason Hitt
                                              JASON HITT
                                              Assistant U.S. Attorney

DATED: January 10, 2008        By:  /s/Jason Hitt
                                              Authorized to sign for Mr.
                                              Serra on 01-10-08
                                              J. TONY SERRA, Esq.
                                              Attorney for Ernesto SALSEDO

**ORDER**

Based upon the representations and stipulation of counsel, IT IS HEREBY ORDERED that:

1. The status conference set for January 11, 2008, at 9:00 a.m. is vacated;

2. A status conference is set for February 8, 2008, at 9:00 a.m.; and

3. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 apply and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from January 11, 2008, up to and including February 8, 2008.

Dated: January 11, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge