1  Shari Rusk, Bar No. 170313
   Attorney at Law
2  1710 Broadway, #111
   Sacramento, California 95818
3  Tel: (916) 804-8656
   Fax: (916)443-1165
4  Email: Rusklaw@comcast.net

5
                   IN THE UNITED STATES DISTRICT COURT
6
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
7

8                                          ) Case No.: CR.S. 07-303 GEB
    United States of America,              )
9                                          ) STIPULATION AND ORDER TO CONTINUE
              Plaintiff,                   ) STATUS CONFERENCE
10                                         )
        vs.                                ) Court:  Hon. Judge Garland E.
11                                         ) Burrell, Jr.
                                           ) Time:   9:00 a.m.
12  Rebecca Salsedo,                       ) Date:   September 26, 2008
                                           )
13            Defendant

14  _____

15

16      Defendant Rebecca Salsedo is charged in an indictment alleging

17  four counts of violations of 21 U.S.C. §§s 841(a)(1) & § 846 –

18  Distribution and Conspiracy to Distribute Cocaine; Possession of

19  Cocaine with Intent to Distribute; and Manufacture of Marijuana.  Ms.

20  Salsedo is charged in counts one and three. A status conference was

21  previously set for July 25, 2008.   The parties are involved in

22  defense investigation, as well as negotiations and all parties request

23  that the current status conference be continued to September 26, 2008,

24  and that date is available with the Court.

25      The parties agree that time should be excluded under 18 U.S.C. §

26  3161(h)(8)(i) for defense preparation and under local code T4.

27  ///

28  ///

-1-

Dated: July 23, 2008                    Respectfully submitted,


                                        __/s/ Shari Rusk___
                                        Shari Rusk
                                        Attorney for Defendant
                                        Rebecca Salsedo



                                        _/s/ Jason Hitt_
                                        Jason Hitt
                                        Assistant United States Attorney



**ORDER**


    IT IS SO ORDERED.  The Court finds excludable time through September 26, 2008, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: 7/24/08

                                        _____
                                        Garland E. Burrell, Jr.
                                        United States District Judge

-2-