Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>      vs.<br><br><br>Rebeca Salsedo, et.al.<br><br>            Defendants | ) Case No.: CR.S. 07-303 GEB<br>)<br>) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE<br>)<br>) Court:  Hon. Judge Garland E.<br>) Burrell, Jr.<br>) Time:   9:00 a.m.<br>) Date:   January 23, 2009<br>) |

        Defendant Rebeca Salsedo is charged in an indictment alleging

four counts of violations of 21 U.S.C. §§s 841(a)(1) & § 846 –

Distribution and Conspiracy to Distribute Cocaine; Possession of

Cocaine with Intent to Distribute; and Manufacture of Marijuana.  Ms.

Salsedo is charged in counts one and three. A status conference was

previously set for November 14, 2008.   The parties are involved in

defense investigation, as well as negotiations and all parties request

that the current status conference be continued to January 23, 2009,

if that date is available with the Court.

        The parties agree that time should be excluded under 18 U.S.C. §

3161(h)(8)(i) for defense preparation and under local code T4.

-1-

Dated: November 11, 2008          Respectfully submitted,


__/s/ Shari Rusk___
Shari Rusk
Attorney for Defendant
Rebeca Salsedo


 /s/ Jason Hitt
Jason Hitt
Assistant United States Attorney


**ORDER**


IT IS SO ORDERED.  The Court finds excludable time through January 23, 2009, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: 11/13/08

_____          _____
Hon                              Jr.
United States District Court