Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Rebecca Salsedo,<br><br>　　　　Defendant | Case No.: CR.S. 07-303 GEB<br><br>MODIFICATION OF PRE-TRIAL RELEASE CONDITIONS |

　　　Defendant Rebecca Salsedo is charged in an indictment alleging four counts of violations of 21 U.S.C. §§s 841(a)(1) & § 846 – Distribution and Conspiracy to Distribute Cocaine; Possession of Cocaine with Intent to Distribute; and Manufacture of Marijuana. Ms. Salsedo is charged in counts one and three. Ms. Salsedo has tested negatively for drug use at all times since her pre-trial release. The parties agree and stipulate, with the agreement of pre-trial services, that a continued drug testing condition is unnecessary for Ms. Salsedo and should be stricken from her pre-trial release conditions.

///

///

///

-1-

```
Dated: March 22, 2012              Respectfully submitted,


                                   /s/ Shari Rusk
                                   Shari Rusk
                                   Attorney for Defendant
                                   Rebecca Salsedo


                                    /s/ Jason Hitt
                                   Jason Hitt
                                   Assistant United States Attorney
```

**ORDER**

    IT IS SO ORDERED.  The Court strikes the drug testing condition from defendant's pre-trial release conditions.

3/23/12

_____
GARLAND E. BURRELL, JR.
United States District Judge

-2-