```
Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: CR.S. 07-303 GEB |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | ) Court: Hon. Judge Garland E. Burrell, Jr. |
| Rebecca Salsedo, | ) Time: 9:00 a.m. |
| Defendant | ) Date: September 7, 2012 |

Defendant Rebecca Salsedo is charged in an indictment alleging four counts of violations of 21 U.S.C. §§s 841(a)(1) & § 846 – Distribution and Conspiracy to Distribute Cocaine; Possession of Cocaine with Intent to Distribute; and Manufacture of Marijuana. Ms. Salsedo is charged in counts one and three. A status conference was previously set for June 8, 2012. The parties are involved in defense investigation, as well as negotiations and all parties request that the current status conference be continued to September 7, 2012, and that date is available with the Court.

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

///

///

-1-

Dated: June 4, 2012

Respectfully submitted,

  /s/ Shari Rusk
Shari Rusk
Attorney for Defendant
Rebecca Salsedo


  /s/ Jason Hitt
Jason Hitt
Assistant United States Attorney


**ORDER**

    IT IS SO ORDERED.  The Court finds excludable time through September 7, 2012, based on Local Code T4, giving counsel reasonable time to prepare.

**Date:  6/6/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge