1  Shari Rusk, Bar No. 170313
   Attorney at Law
2  1710 Broadway, #111
   Sacramento, California 95818
3  Tel: (916) 804-8656
   Fax: (916)443-1165
4  Email: Rusklaw@comcast.net

5

                 IN THE UNITED STATES DISTRICT COURT
6
               FOR THE EASTERN DISTRICT OF CALIFORNIA
7

8                                      ) Case No.: CR.S. 07-303 GEB
   United States of America,           )
9                                      ) STIPULATION AND ORDER TO CONTINUE
              Plaintiff,               ) STATUS CONFERENCE
10                                     )
         vs.                           ) Court:  Hon. Judge Garland E.
11                                     ) Burrell, Jr.
                                       ) Time:   9:00 a.m.
12 Rebecca Salsedo,                    ) Date:   October 5, 2012
                                       )
13            Defendant

14

15

16       Defendant Rebecca Salsedo is charged in an indictment alleging

17 four counts of violations of 21 U.S.C. §§s 841(a)(1) & § 846 –

18 Distribution and Conspiracy to Distribute Cocaine; Possession of

19 Cocaine with Intent to Distribute; and Manufacture of Marijuana.  Ms.

20 Salsedo is charged in counts one and three. A status conference was

21 previously set for September 7, 2012.   The parties are involved in

22 defense investigation, as well as negotiations and all parties request

23 that the current status conference be continued to October 5, 2012,

24 and that date is available with the Court.

25       The parties agree that time should be excluded under 18 U.S.C. §

26 3161(h)(8)(i) for defense preparation and under local code T4.

27 ///

28 ///

                                    -1-

Dated: September 4, 2012

                              Respectfully submitted,


                              ___/s/ Shari Rusk___
                              Shari Rusk
                              Attorney for Defendant
                              Rebecca Salsedo



                               /s/ Jason Hitt___
                              Jason Hitt
                              Assistant United States Attorney



                              **ORDER**


     IT IS SO ORDERED.  The Court finds excludable time through

October 5, 2012, based on Local Code T4, giving counsel reasonable

time to prepare.

**Date:  9/7/2012**


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

-2-